UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEAN CLAUDE WEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTINEZ, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01489-GMN-EJY<br><br>**ORDER** |

　　On September 22, 2023, Plaintiff, an inmate in the custody of High Desert State Prison ("HDSP"), submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff's IFP application failed to include a financial certificate and inmate trust fund account statement for the previous six-month period. Even if Plaintiff has not been at the HDSP facility a full six-month period, Plaintiff must still submit a financial certificate and his inmate trust fund account statement for the dates he has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma paurperis* (ECF No. 1) is DENIED.

　　IT IS FURTHER ORDERED that on or before **November 17, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court a complete **Application to Proceed *in Forma Pauperis for Inmate*** that includes: (1) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (2) a copy of Plaintiff's **inmate prison or jail trust fund account statement for the previous six-month period**.

　　IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **November 17, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 26th day of September, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2