UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEAN CLAUDE WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTINEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01489-GMN-EJY<br><br>**ORDER** |

　　　On September 26, 2023, the Court denied Plaintiff's incomplete application to proceed *in forma pauperis* ("IFP") and granted him until November 17, 2023, to either pay the filing fee for a civil action or file a complete IFP application.  ECF No. 3.  On November 1, 2023, Plaintiff filed a "Notice" explaining that a response to his internal inquiry to the Indian Springs law library states it "take[s] 1-4 months" to prepare a financial certificate and six month account statement.  ECF No. 6.  Plaintiff filed his financial certificate; however, he still must provide the Court with his inmate trust fund account statement.  In light of these events, the Court construes Plaintiff's "Notice" as a request for extension of time to submit a complete IFP application attaching all required documents.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Notice (ECF No. 6), which the Court construes as a request for extension of time is GRANTED.

　　　IT IS FURTHER ORDERED that on or before **January 16, 2024**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate**; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　　IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this action **without prejudice**.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 8th day of November, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE