UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JEAN CLAUDE WEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTINEZ, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01489-GMN-EJY<br><br>**ORDER** |

　　Pending before the Court is Plaintiff's Motion to Extend Time to file his amended complaint. ECF No. 13. Plaintiff indicates he needs additional time to gather facts to state his claim. Plaintiff asks for 60 days.

　　On March 4, 2024, the Court granted Plaintiff through and including April 22, 2024 to file his amended complaint. ECF No. 12. The Court will grant Plaintiff an additional thirty (30) days, through and including **May 24, 2024** to file his amended complaint. If Plaintiff fails to timely comply with the terms of this Order, the Court will issue a report and recommendation recommending this case be dismissed in its entirety without prejudice.

　　IT IS SO ORDERED this 18th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE