UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEAN-CLAUDE WEST, | ) |
| Plaintiff, | ) Case No.: 2:23-cv-01489-GMN-EJY |
| vs. | ) |
| | ) **ORDER ADOPTING R&R** |
| MARTINEZ, *et al.*, | ) |
| Defendants. | ) |

  Magistrate Judge Elayna J. Youchah entered an Order, (ECF No. 12), dismissing Plaintiff's Complaint, (ECF No. 1-1), without prejudice and with leave to amend, with the exception of Plaintiff's claims against Defendants in their official capacity seeking money damages. The same docket entry also included a Report and Recommendation (R&R), (ECF No. 12), recommending that Plaintiff's claims against Defendants in their official capacities seeking money damages be dismissed with prejudice because they are barred as a matter of law. Plaintiff filed a Motion to Extend Time to File Amended Complaint, (ECF No. 13), but did not object to the R&R.

  A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate

judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections to the R&R were filed, and the deadline to do so has passed. (*See* Order and R&R 6:10–18, ECF No. 12) (noting 14-day deadline) (entered on March 4, 2024). The Court therefore ADOPTS the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 12), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants in their official capacities seeking money damages are **DISMISSED with prejudice**.

Dated this __2__ day of April, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court