UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JEAN CLAUDE WEST,<br><br>       Plaintiff,<br><br>  v.<br><br>MARTINEZ, *et al.*,<br><br>       Defendants. | Case No. 2:23-cv-01489-GMN-EJY<br><br>**ORDER** |

      Pending before the Court is Plaintiff's Motion for Extension of Time (ECF No. 19). To the extent Plaintiff's Motion seeks to amend his Complaint the request is denied. Plaintiff fails to comply with Federal Rule of Civil Procedure 15 and Local Rule 15-1, both of which require he attach a proposed amended complaint to a motion seeking to amend.

      Further, Plaintiff is reminded he was given through and including October 24, 2024 to object to the Court's recommendation to dismiss this action. ECF Nos. 16, 18. To this end, Plaintiff appears to seek a stay of proceedings for approximately five months (until his release) so that he may retain counsel after his incarceration ends. A stay of five months is not supported based solely on Plaintiff's incarceration as this status does not create a circumstance warranting such a lengthy delay. *Mayer v. United States*, Case No. CV 13-7814-DMG(E), 2016 WL 11518962, at \*1 (C.D. Cal. Mar. 7, 2016) (common difficulties experienced by incarcerated persons do not justify a lengthy stay) (internal citation omitted).

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension (ECF No. 19) is DENIED, without prejudice; provided, however, that Plaintiff is granted an additional two weeks, to **November 7, 2024**, to file an objection to the recommendation to dismiss or, at his choice, a Motion to Amend together with a proposed amended complaint.

      IT IS SO ORDERED this 21st day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE