# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jean-Claude West,<br><br>  Plaintiff,<br><br>v.<br><br>Martinez, et al.,<br><br>  Defendants | Case No.: 2:23-cv-01489-GMN-EJY<br><br>**Order** |

Pending before the Court is the Motion for Extension of Time to Retain Counsel, (ECF No. 21), filed by Plaintiff Jean-Claude West. Plaintiff requests an additional four months to obtain counsel. For good cause appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that the deadline to file an amended complaint is extended to March 25, 2025, to provide Plaintiff an opportunity to obtain counsel.

The Clerk is kindly directed to mail a copy of this Order to Plaintiff's address listed on the docket.

Dated this  28  day of October, 2024.

_____
U.S. District Judge Gloria M. Navarro