**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEAN-CLAUDE WEST,

                Plaintiff,

  vs.

MARTINEZ, *et al.*

                Defendants.

Case No.: 2:23-cv-01489-GMN-EJY

**ORDER**

Plaintiff filed this case in September 2023. (*See* Complaint, ECF No. 1). On March 4, 2024, Magistrate Judge Youchah dismissed the Complaint without prejudice and gave Plaintiff until April 22, 2024, to file an Amended Complaint. (ECF No. 12). Magistrate Judge Youchah granted Plaintiff's first Motion to Extend Time to File Amended Complaint, (ECF No. 13), extending the deadline until May 24, 2024. (ECF No. 14). The Court subsequently granted Plaintiff's Second Motion to Extend Time to File Amended Complaint, (ECF No. 17), setting a deadline of October 24, 2024, to file an Amended Complaint. Most recently, the Court granted Plaintiff's Fourth Motion to Extend Time, (ECF No. 21), extending Plaintiff's deadline to file an Amended Complaint to March 25, 2025. In its most recent Minute Order, (ECF No. 23), the Court made clear that "[n]o further extensions will be granted to file an amended complaint." Plaintiff has not filed an Amended Complaint, and the deadline to do so has passed. Having given Plaintiff over a year to file an Amended Complaint, and a warning that no further extensions would be granted, the Court dismisses this case for Plaintiff's failure to file an Amended Complaint by the deadline.

///

///

Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. The Clerk of Court is kindly directed to close this case.

Dated this __22__ day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court